NO. 07-11-0436-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL C

 NOVEMBER 16, 2011

 ______________________________

 EDGAR HERNANDEZ, APPELLANT

 V.

 THE STATE OF TEXAS, APPELLEE

 _________________________________

 FROM THE 287[TH] DISTRICT COURT OF BAILEY COUNTY;

 NO. 2675-A; HONORABLE GORDON HOUSTON GREEN, JUDGE

 _______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
 MEMORANDUM OPINION
 Pursuant to a plea of guilty, Appellant, Edgar Hernandez, was convicted of burglary of a habitation. Punishment was assessed at ten years, suspended in favor of community supervision. Pending before this Court is Appellant's Motion to Dismiss Appeal in which he represents that he wishes to withdraw his notice of appeal and dismiss this appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant and his attorney. No decision of this Court having been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.
 Patrick A. Pirtle
 Justice

Do not publish.